THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Donald Mack Oxendine, Appellant.
 
 
 

Appeal From Dillon County
 John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2004-UP-563
Submitted November 1, 2004  Filed November 
 8, 2004

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.  
Attorney General Henry D. McMaster, Chief Deputy Attorney General John 
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of 
 Columbia; Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Donald Mack Oxendine appeals his conviction for second-degree 
 burglary.  Counsel for Oxendine attached to the final brief a petition to be 
 relieved as counsel.  Oxendine filed a separate pro se response.  
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Oxendines appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.